UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **YETI Coolers, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**Blackbird Products Group, LLC, d/b/a Mammoth Coolers,**<br><br>   Defendant. | Case No. 1:15-CV-1105-RP |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff YETI Coolers, LLC ("YETI") and Defendant Blackbird Products Group, LLC, d/b/a Mammoth Coolers ("Mammoth Coolers"), by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims in this action. Each party shall bear its own costs and attorneys' fees.

YETI and Mammoth Coolers acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over YETI and Mammoth Coolers for the purpose of enforcement of or the resolution of any dispute arising from the Settlement and Agreement.


Dated: April 19, 2016

So Stipulated:

By: /s/ Michael L. Krashin
BAKER BOTTS L.L.P.
Joseph Gray
Texas Bar No. 24045970
joseph.gray@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2639
Facsimile: (512) 322-8385

BANNER & WITCOFF, LTD.
Joseph J. Berghammer (admitted *pro hac vice*)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Michael L. Krashin (admitted *pro hac vice)*
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
Sean Jungels (admitted *pro hac vice*)
Illinois Bar No. 6303636
sjungels@bannerwitcoff.com
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR PLAINTIFF,
YETI COOLERS, LLC**

By: /s/ Brian C. Tooks (with permission by Michael L. Krashin)
AUSTIN HANSLEY P.L.L.C.
Benton Patterson
Texas Bar No.: 24095088
Benton@TheTexasLawOffice.com
5050 Quorum Dr., Suite 700
Dallas, Texas 75254
Telephone: (469) 587-9776
Facsimile: (855) 347-6329

INVENTION PROTECTION ASSOCIATES, LLC
Brian C. Tooks (admitted *pro hac vice*)
btooks@inventprotect.com
Kansas Bar No. 19607
P.O. Box 3913
Shawnee, KS 66203
Telephone: (913) 631-1096
Facsimile: (913) 273-0215

**ATTORNEYS FOR DEFENDANT,
BLACKBIRD PRODUCTS GROUP, LLC,
D/B/A MAMMOTH COOLERS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2016, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Mammoth Coolers by and through its counsel of record.

/s/ Michael L. Krashin
FOR YETI COOLERS, LLC