IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 1-15-CV-1105 RP |
| | § | |
| BLACKBIRD PRODUCTS GROUP, LLC, | § | |
| d/b/a MAMMOTH COOLERS, | § | |
| | § | |
| Defendant. | § | |

## AMENDED ORDER

Before the Court is the parties' Stipulated Dismissal With Prejudice, filed April 19, 2016 (Clerk's Dkt. #25). By way of the stipulation, the parties state they seek to dismiss all claims raised in this action. *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing stipulation of dismissal signed by all parties who have appeared).

As the parties have all signed the stipulation, the Stipulated Dismissal is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by the parties to this action are hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction over the parties for the purpose of enforcement of or the resolution of any dispute arising from the settlement agreement.

IT IS FURTHER ORDERED that all pending motions are hereby TERMINATED and all pending settings are CANCELLED. The Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on April 20, 2016.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE